**Order entered March 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01040-CV**

**BYRON ANTHONY PLEASANT, Appellant**

**V.**

**AYANNA RAE BLACK, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-20-0980**

**ORDER**

Before the Court is appellant's March 4, 2021 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **March 19, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE